No. 24-30377

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

*v.*

ROBERT HALL,
*Defendant-Appellant*

*consolidated with*

No. 24-30427

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

*v.*

MICHAEL CONNER,
*Defendant-Appellant.*

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CR-54

**APPELLANT'S MOTION TO FILE BRIEF
IN EXCESS OF WORD COUNT**

Appellant Michael Conner, through undersigned counsel, moves

this Honorable Court pursuant to Fed. R. App. P. 32(a)(7)(B) and 5th Cir.

R. 32.4 for leave to file the attached brief exceeding the word limit, for a

total of 18,322 words.

This multi-defendant appeal raises complex and multifaceted

Fourth Amendment questions that were the subject of extensive pretrial litigation below, culminating in a two-day evidentiary hearing. As a result, the record in this case is larger than the standard criminal appeal, and the resulting appellate claims are highly fact intensive, requiring significant background in order to fully apprise this Court of the complicated legal questions before it. Accordingly, a longer than usual factual and procedural background was required to provide this Court with adequate context and a reliable recitation of the proceedings below.

Moreover, Mr. Conner's appeal separately raises two Second Amendment challenges to Mr. Conner's statute of conviction, 18 U.S.C. § 922(g). Both of those constitutional challenges are legally complex, and necessarily require the inclusion of detailed historical background as directed by *N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022).

Undersigned counsel respectfully urges this Court to permit the additional number of words requested to ensure that this Court is adequately apprised of the relevant facts and law necessary for resolution of this appeal.

Undersigned counsel has contacted Assistant United States

Attorney Kevin Boitmann, who advised that the government does not oppose this request.

Wherefore, Appellant Michael Conner respectfully moves this Honorable Court for leave to file the attached Appellant's Brief exceeding the word limit, for a total of 18,322 words.

Respectfully submitted this 8th day of January, 2025,

CLAUDE J. KELLY
Federal Public Defender
Eastern District of Louisiana

*/s/ Celia C. Rhoads*
CELIA C. RHOADS
Assistant Federal Public Defender
500 Poydras Street, Suite 318
Hale Boggs Federal Building
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Email: celia_rhoads@fd.org

# CERTIFICATE OF SERVICE

The undersigned certifies that on January 8, 2025, the foregoing brief was filed with the Clerk of Court via the electronic filing system, which will send an electronic Notice of Docket Activity to the following Filing Users:

> Kevin G. Boitmann, kevin.boitmann@usdoj.gov,
> Diane Hollenshead Copes, diane.copes@usdoj.gov, and
> David Earl Haller, david.haller@usdoj.gov,
> Assistant United States Attorneys.

"The court's electronic Notice of Docket Activity constitutes service of the filed document on all Filing Users." 5TH CIR. R. 25.2.5.

*/s/ Celia C. Rhoads*
CELIA C. RHOADS
Assistant Federal Public Defender

# CERTIFICATE OF COMPLIANCE

The undersigned certifies that:

1.  This document complies with the word limit of Fed. R. App. P. 27(d)(1)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f): this document contains 266 words.

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in Century Schoolbook, 14-point font for text and 12-point font for footnotes.

3.  This document complies with the privacy redaction requirement of Fed. R. App. P. 25(a)(5), 5th Cir. R. 25.2.13, and Fed. R. Crim. P. 49.1, because it has been redacted of personal data identifiers.

4.  This electronic submission is an exact copy of the paper document, in compliance with 5th Cir. R. 25.2.1.

5.  This brief is free of viruses because it has been scanned for viruses with the most recent version of Symantec Endpoint Protection, in compliance with 5th Cir. ECF Filing Standard A(6).

*/s/ Celia C. Rhoads*
CELIA C. RHOADS
Assistant Federal Public Defender
Dated: January 8, 2025