# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 14, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

      No. 24-30427    USA v. Conner
                      USDC No. 2:23-CR-54-1
                      USDC No. 2:23-CR-54-2


Ms. Rhoads:

The court has granted your motion for leave to exceed word limit
for the brief of Appellant Michael Conner, not to exceed 18,322
words.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Rebecca L. Leto, Deputy Clerk
                         504-310-7703


Mr. Kevin G. Boitmann
Mr. Graham Leaming Bosworth
Ms. Diane Hollenshead Copes
Mr. David Earl Haller
Ms. Carol L. Michel
Mr. Steven Edward Spires